

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**Susan P. Scharfstein**
*Special Federal Litigation Division*
*212-227-4071*
*Facsimile: (212) 788-9776*
*sscharfs@law.nyc.gov*

June 10, 2007

**BY HAND**
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY [ ]
DOC #:_____
DATE FILED: 6-11-08

            Re:   Perez, et al. v. City of New York, et al., 08 CV 4762 (VM)

Dear Judge Marrero:

        I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the
City of New York, counsel for defendants City of New York and the New York City Police
Department in the above-referenced action brought pursuant to 42 U.S.C. § 1983. Defendants
respectfully requests that the time to respond to the complaint be extended by sixty days from the
current due date of June 11, 2008, to August 11, 2008. Plaintiffs' counsel has consented to this
request for an enlargement of time.

        We request this enlargement of time because, in keeping with this office's
obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time
to investigate the allegations of the complaint. It is our understanding that the records of the
underlying criminal matter, including police records, may have been sealed pursuant to New
York Criminal Procedure Law § 160.50. Therefore, this office is in the process of forwarding to
plaintiffs for execution consents and authorizations for the release of sealed records so that
defendants can access the information, properly assess the case, and respond to the complaint.

        No previous request for an extension of time to respond to the complaint has been
made. Accordingly, we respectfully request that defendants' time to answer or otherwise
respond to the complaint be extended to August 11, 2008.

Thank you for your consideration herein.

Respectfully submitted,

Susan P. Scharfstein (SS 2476)

cc:    Irving Cohen, Esq.
       Attorney at Law
       233 Broadway, Suite 2701
       New York, NY  10279
       (by hand)

Request GRANTED. The time for defendant(s) to
answer or otherwise move with respect to the complaint
in this action is extended to _____.

SO ORDERED.

_____
DATE         VICTOR MARRERO, U.S.D.J.